IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR251 |
| | ) | |
| v. | ) | |
| | ) | |
| DEWEY DEAN MILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for psychiatric or psychological examination and a report to determine competency of the defendant (Filing No. 47). A hearing was held on December 2, 2011. Following presentations by both the defendant and the government, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant is committed for a psychiatric or psychological examination to determine competency of the defendant pursuant to 18 U.S.C. § 4241(b). A report shall be submitted to the Court within four months from date of this order.

DATED this 2nd day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court