IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:11CR251 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD WILLIAM MILLER, JR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for self-surrender (Filing No. 65). The Court finds the motion should be denied as moot. Accordingly,

IT IS ORDERED that defendant's motion for self-surrender is denied as moot.

DATED this 2nd day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court